*old Scott Baile* and *Frederic L. Ballard* for petitioner. *John V. Diggins* for respondents; and *Benjamin D. Fenimore, pro se,* respondent.

No. 135. MACRI ET AL. *v.* UNITED STATES FOR THE USE OF SCHAEFER, DOING BUSINESS AS CONCRETE CONSTRUCTION CO., ET AL. C. A. 9th Cir. Certiorari denied. *Tom W. Holman* and *S. W. Brethorst* for petitioners. *Cutler W. Halverson* for Schaefer, respondent. *George W. Wilkins* filed a brief for the Continental Casualty Co. supporting the petition.

No. 136. BUTNAM ET AL., EXECUTORS, *v.* NEW HAMPSHIRE. Supreme Court of New Hampshire. Certiorari denied. *Stanley M. Burns* for petitioners. *William L. Phinney,* Attorney General of New Hampshire, *William S. Green,* Assistant Attorney General, and *Ernest R. D'Amours* for respondent.

No. 139. MARIO MERCADO E HIJOS *v.* BRANNAN, SECRETARY OF AGRICULTURE. C. A. 1st Cir. Certiorari denied. *Pedro M. Porrata* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl, John R. Benney* and *Israel Convisser* for respondent.

No. 141. RUSSELL ET AL. *v.* BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF OKLAHOMA. C. A. 10th Cir. Certiorari denied. *Chas. H. Garnett* for petitioners. *David A. Richardson* for respondent.

No. 142. GENERAL BOX CO. *v.* CENTRAL METAL PRODUCTS CO. C. A. 6th Cir. Certiorari denied. *R. P. Hobson* and *John P. Sandidge* for petitioner. *Bernard Koteen* for respondent.